FILED20 JAN '16 13:37USDC-ORP

Hon. Winston Shrout
c/o 4230 NE Azalea Str
Hillsboro, Oregon

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA [sic] | ) | |
| | ) | Case No. 3:15-cr-00438-JO |
| v. | ) | |
| | ) | NOTICE OF LIQUIDATION |
| WINSTON SHROUT | ) | OF Case No. 3:15-cr-00438-JO |

By:  Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573

COMES NOW Winston Shrout, a Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor and Beneficiary of WINSTON SHROUT 401643573, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices  the court of enunciation of principles as stated in *Haines v.Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

## NOTICE OF LIQUIDATION OF Case No. 3:15-cr-00438-JO

Notice is hereby given that Case No. 3:15-cr-00438-JO is liquidated via the US Secretary of the Treasury.

See Exhibits:  A-E.

By: _Winston Shrout_                    1/20/16

Hon. Winston Shrout                     date

UN Charter Control Number 10-60847

Immunity and Authority Guaranteed under Great Seal No. 632258894


## PROOF OF MAILING AND CONTENTS MAILED

I, Winston Shrout, do state that on the date of _1/21/16_ I caused a copy of the above to be mailed postage prepaid to the following:


Stuart A. Wexler

601 D Street NW

Room 7907

Washington, D.C. 20004

**Non-Negotiable**        *Exhibit A*        Invoice # OITC1010
**Charge back**                              Date ___1/16/16___

**Jack Lew**
1500 Pennsylvania Ave., NW
Washington, DC 20220

Dear Mr. Lew,

     I accept for value all related endorsements in accordance with Accommodation and Public Policy. Charge my Treasury Account Employer Identification Number 40 1643573 for the registration fees and command the memory of account 401643573 and charge the same to the debtor's Order, or your Order.

     The total amount of this Non-Negotiable Acceptance for Value in the enclosed filing is _____.

     Thank you for your help in this matter. If assistance is needed, please feel free to contact me. Until then I am...

          Very truly yours,

          *Winston Shrout*
          Winston Shrout
          c/o PO Box 4043
          Hillsboro, Oregon [97123]

          **Pre-Paid – Preferred Stock**
          **Priority – Exempt from Levy**

Encl:  Currency Exchange
       Bill of Exchange with 1040-V Attached
       Collateral copy
cc: file, collateral

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Charter Control Number: 10-60847
Immunity and Authority Guaranteed under Great Seal Number 6322508894
THE HONORABLE WINSTON SHROUT
Notary Exequatur
With Authority of Legate Adjudica

Case 3:15-cr-00438-JO   Document 10   Filed 01/20/16   Page 4 of 7

*Exhibit B*

Registered Mail # RA 645 126 299 US

Invoice No: OITC1010
Date: 1/16/16

Jack Lew
Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

**Non-Negotiable**

**Re: Currency Exchange in Accord with Public Policy**

Attention: Jack Lew, Respondent

Enclosed, the Undersigned, Winston Shrout, herewith accepts for value the enclosed presentments and all related endorsements, front and back, in accordance with Accommodation, Public Policy and UCC @1-104 and 10-104. Charge the Undersigned's Treasury Account Employer Identification Number 40 1643573 for appropriate registration fees and command the Memory of account 401643573 to charge the same to the Debtor's Order, or to Respondent's Order.

The total amount of this Non-Negotiable Bill of Exchange in the enclosed filing is
_____. Please adjust the Undersigned's Treasury Account
forthwith.

In the event Respondent requires further information or assistance from the Undersigned, please write to the Undersigned at the mailing location provided herein and herewith. Until then I am......

Very truly yours,

Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon [97123]

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Charter Control Number: 10-60847
Immunity and Authority Guaranteed under Great Seal Number 63225864
THE HONORABLE WINSTON SHROUT
Notary Exequatur
With Authority of Legate Adjudica

Date __1/16/16__

*Exhibit C*

Invoice # OITC1010

Registered Mail # __RA 645 126 299 US__

## Non-Negotiable Bill of Exchange

Pass Through Account # 401643573

Re:     "Non-Negotiable Acceptance of Inconsideration and Request Inconsolation in Accord with UCC
3-419 and HJR-192 of 5 June 1933, and Registered Adjustment of Account:

COLLATERAL: USDC DISTRICT OF OREGON Case No. 3:15-cr-00438-JO

Value of Bill:     _____.  The Undersigned accepts for value (all
endorsements/considerations front and back and includes those in accord with UCC 3-
419) as evidence with the herein Bill of Exchange to UCC Contract Account numbered
401643573, in the amount listed above, and is part of the Undersigned's tax estimate for
use by the Republic, and the account is charged for the fees necessary for securing and
registration (for the priority exchange for the tax exemption to discharge the public
liability is accord with HJR-192 of 5 June 1933) of the Undersigned's (preferred
stock/unalienable) rights.  The Undersigned directs commanding the memory of account
numbered 401643573 charging the same to the debtor's order or the Secretary of the
Treasury's order.  Until then I am...

Very truly yours,

*Winston Shrout*

Hon. Winston Shrout

c - file
collateral

c/o PO Box 4043
Hillsboro, Oregon [97123]

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Charter Control Number: 10-60847
Immunity and Authority Guaranteed under Great Seal Number 63225989
THE HONORABLE WINSTON SHROUT
Notary Exequatur
With Authority of Legate Adjudica

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Please detach                                                          Please detach

**STUB**                                                                    **STUB**

Return to:   Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon [97123]

Date __1/16/16__                                            Invoice # OITC1001
Pass Through Account # 123 45 6789
Collateral: USDC DISTROICT OF OREGON Case No. 3:15-cr-00438-JO
Value of Bill: $_____

**STUB**                                                                    **STUB**

FILED 08 DEC '15 16:06 USDC-ORP

Exhibit D

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

Certified to be a true and correct
copy of original filed in this District.
Dated JAN 0 7 2016
Mary L. Moren, Clerk of Court
US District Court of Oregon
By Deputy Clerk
Pages          Through

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3: 15-cr-00438-JO |
| v. | **INDICTMENT**<br>**26 U.S.C. § 7203** |
| WINSTON SHROUT,<br>Defendant. | |

ACCEPT for Value, Return for Settlement,
EXEMPTION ID 401643519
1/16/16
EXEMPT from levy to US Treasury and
DEPOSIT to US Treasury ID 401643573
WINSTON

**THE GRAND JURY CHARGES:**

**Introductory Allegations**

At times relevant to this Indictment:

1.  Winston SHROUT was a resident of Hillsboro, Oregon.

2.  SHROUT operated a business as Winston Shrout Solutions in Commerce ("WSSIC").

3.  SHROUT received payments for services as a presenter at seminars and licensing fees associated with the sale of **SHROUT** and WSSIC products, such as DVD recordings of seminars and one-on-one consultations with clients.

4.  SHROUT received regular pension payments from a pension trust.

**COUNT 1**
**26 U.S.C. § 7203**
**Willful Failure to File Return**

5.  The Introductory Allegations contained in Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated herein as if copied verbatim.

6.  During calendar year 2009, **SHROUT** received gross income in excess of $18,700. By reason of such gross income, he was required by law, following the close of the calendar year

**Indictment**                                                                                            **Page 1**

Exhibit E

**Registered No.**
RA  RA4451292978US 79 US

| | Postage $ **$1.20** | Extra Services & Fees *(continued)* |
| To Be Completed By Post Office | Extra Services & Fees ☐Registered Mail $ **$12.20**$ | ☐ Signature Confirmation |
| | ☐Return Receipt *(hardcopy)* $ **$2.80** | ☐ Signature Confirmation Restricted Delivery $ |
| | ☐Return Receipt *(electronic)* $ **$0.00** | |
| | ☐Restricted Delivery $ | $ **$0.** **Total Postage & Fees** $ **$16.20** |
| | Customer Must Declare Full Value **$0.00** $ | Received by **01/19/2016** |

HILLSBORO, OR 97123

**Date Stamp**

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | Winston Shrout c/o PO Box 4043 Hillsboro   OR   97123 97123 |
| | TO | IRS Tech Support Div 1500 Pennsylvania Ave NW Wash DC 20220 |

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®