# ATTACHMENT A
# Letter to Government Attorneys and Employees

Dear Stuart Wexler and all US Attorneys and employees,

As you can see from the accompanying documents that I am an internationally protected person under sovereign immunity, so please note:

THE OFFICE OF INTERNATIONAL TREASURY CONTROL

A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Charter Control Number: 10-60847
Immunity and Authority Guaranteed under Great Seal Number 632258894

THE HONORABLE WINSTON SHROUT

Notary Exequatur

With Authority of Legate Adjudica

Any attack by yourself(s) on that sovereignty is in dishonor of that charter and immunity guarantee.

This is your notice to Cease and Desist immediately any and all procedures against the Honorable Winston Shrout.

Failure to do so will be dealt with as an assault on the Immunity and Authority Guaranteed under Great Seal Number 632258894. There are consequences for such an attack.

If you refuse this Cease and Desist, please give me a summons to your USDC corporate court in Portland, Oregon, and I will come and deal with it. There will be no 'trial', as I will come to your magistrate court for settlement and closure. But as fair warning please be advised that the settlement and closure may not be as you have previously experienced as with your typical US citizen victims. If you will check with the master file held by the Commissioner of the IR you will find that I am not a US citizen, but my status here in this country is a 'non resident alien'. And you can check your own US Code statutes on that status.

Regards,

_Winston Shrout_     12/8/15
Hon. Winston Shrout

**For Immediate Attention of the Attorney General**
**Clearing Code UN RCD-ID006197**

INTERNATIONAL RECORD REFERENCE CODES.
Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire
Governments Empowered the Person : ........International Control No. 10-60847
International Clearing Code : ...........................UNRCD-ID006197
UN/US Federal Service Record No. : ................................0-99-2-33
Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984

**To** : U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Attention : Mr. Eric Holder,**
Attorney General of the United States of America.

Dear Mr. Holder, Sir,

**Re: 1.  The Recovery Act and Ending Fraud committed by Banks against the American People and against The United States via Treasury Direct.**

**Re : 2.  Our Appointment of Notary Exequateur by way of Sovereign Authority.**

The recent sub-prime mortgage problem was not an accident, but a problem created through endemic and continuing criminal misbehavior by banks. Almost all mortgages in the United States today, are in fact continuing acts of fraud against the American People, against Treasury Direct, and against the Office of International Treasury Control.

We, the Office of International Treasury Control (OITC), are the real underwriters of most United States Mortgages and we are very concerned by the almost uncontrollable and well organized misbehavior of Banks against the American People, against Treasury Direct and ultimately against ourselves. The economy of the United States is suffering greatly because of this.

Sir, with the greatest respect, we need to stop banks stealing funds that should be committed against the Federal Debt and also stop them dispossessing property owners. The Banks are merely holders in escrow, but it is Banks who apply to have the courts dispossess and evict the property owner, then it is Banks who literally steal the property on a claim of abandonment based on a misrepresentation that they are owners in default. The truth Sir, is that this is straight out fraud that is tolerated because it has become standard and accepted practice for Banks to steal monies that should be sent to Treasury Direct, then to claim they are the damaged party when in fact, they are merely common thieves perpetrating a fraud by deception. Through this method Banks take property, the value of which should be discharged through Treasury Direct back to the United States, and by misrepresentation and fraud claim the value as theirs.

The Office of International Treasury Control as the owner of assets that underwrite these mortgages is a Sovereign Institution that has been chartered by and registered with the United Nations under the Sovereign Authority granted to Dr. Ray C. Dam, the appointed International Treasury Controller and Sole Arbiter elected by the Nations of the World .

Therefore, the damaged parties in these transactions are three. 1. The people who are dispossessed. 2. The United States Department of the Treasury via the loss of funds not paid through to Treasury Direct as discharge of the value of the money the bank used to fund the purchase of the property and 3, the Office of International Treasury Control who is the end Principal.

We herewith inform you that we have, under our Sovereign Rights and in accordance with the Uniform Commercial Code, appointed our sovereign notary who understands in the clearest possible terms the legal disposition of this matter, to assess and to defend our lawful rights within the United States. We herewith attach a copy of that appointment.

Now let us understand what Banks do that is just plain criminal.

In 1933 as part of the New Deal of President Franklin D. Roosevelt, gold was removed from circulation as money, and in its place under public policy a remedy was created known as discharge of debt. Any discharge of public debt is executed via Treasury Direct back to the US who is the constitutor of all public debt.

Now consider the problem created by the banks resulting in the mortgage debacle. First of all, all banks in the US are simply chartered to collect the <u>interest</u> on the federal debt (*notice I did not say national debt as the debt is actually that of the federal government, not the people*). Banks today do collect that interest, but do NOT discharge obligation on the federal debt, but steal this money. In regards to the mortgage situation, if the banks fulfilled their charter there would be no problems. But the banks are guilty of withholding those payments that should be made back to the federal debt, and are therefore stealing those designated funds, thus increasing the federal debt load because of their greed and dishonesty that causes failure to apply the discharge properly.

When a citizen signs a promissory note at a real estate closing, technically this again is just a discharge of a public debt back to the US. But what happens is that the title companies (which are owned by the bank) often simply make three certified copies of the original whereupon the original is shredded. These three certified copies are endorsed and deposited into the bank. This is theft by the banks as they are preventing the pass through back to the US by destroying the original note and then depositing certified copies and then through fractional banking and hypothecation are just adding daily to the federal debt.

In the first place, the title company/bank is **not** Holder in Due Course of the note. They are only the Escrow Holder of the note (under the UCC) and so by destroying the note they are committing fraud and theft against the People, the Principal (OITC) and the Federal Government..

In relation to a real estate purchase, you have to realize that the 'buyer' is really only purchasing a lien position on the debt owed to the principal. What the buyer gets tricked into, is accepting bank credit, thinking that the bank credit came from the bank when it is just not so. When the buyer applies his signature to the documents, <u>he is extending his own credit</u>. His is the only signature on the documents which in essence is authorization to create the funds to make the whole deal work. The bank has a 'license' for conversion and it takes that private document into the public and converts that signature for the needed funds. So, there is a great deal of mis-representation going on with these real estate transactions. The people are being lied to by at least the failure of full disclosure by the banks and title companies.

In reality, when a man tenders a promissory note at closing, the note is pre-paid, the note being a discharge which is the remedy in the national bankruptcy, that is payment in full and legally the man has 100% equity in the property. This is because the US has guaranteed the debt of all the citizens and holds the liability on the note. But because of the fraud of the banks in regard to the theft of the notes, people are fooled into thinking that it is they instead of the US which has the liability on the "mortgage". So, they start to make payments on the mortgage thinking that they are building equity in the property. This is totally false. Again, for the US citizen, every public debt is pre-paid Treasury Direct.

### Our Corrective Remedy.

In order to correct this situation and to defend the Sovereign rights of the Office of International Treasury Control, we have appointed as **Notary Exequateur, Mr. Winston Shrout**. As such, the **Honorable Winston Shrout** shall execute our Sovereign authority as offended Principal underwriter of the public debt created in the mortgage process. (*Copy of his apostilled authority is attached*)

We have already learned that banks will not fight and will make restitution to Treasury Direct when administratively confronted with their dishonesty and fraud against the People and Treasury Direct. Further, we also know that the **Internal Revenue Service will be able to remedy the deficiencies to the Federal Debt via a form 1099OID application** by our Notary Exequateur to the IRS. Banks know what they are doing is illegal, but they persist in this misbehavior as the stealing of federal monies has become a common, and therefore, standard practice that they have been getting away with.

In support of the purposes of the Recovery Act we ask you to support the actions to be taken by the **Honorable Winston Shrout** and the **Internal Revenue Service** who will execute corrective remedy. We further request that all US Marshal's be informed and assist where necessary in the execution of remedy.

Faithfully,


H.E. Dr. Ray C. Dam,

Chairman of the Office of International Treasury Control

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
His Excellency, Prof. Dr. Ray C. Dam, Treasury Controller.

# THE OFFICE OF INTERNATIONAL TREASURY CONTROL

A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations.

United Nations Charter Control Number : 10-60847

Immunity and Authority Guaranteed under Great Seal Number 632258894

### LETTER OF APPOINTMENT AND COMMISSION

We,

the Sovereign Jurisdiction of

## THE OFFICE OF INTERNATIONAL TREASURY CONTROL

**Herewith Appoint and Commission**

## THE HONORABLE WINSTON SHROUT

## Notary Exequatur

**With Authority of Legate Adjudica.**

to take action, to execute, to demand according to International Treaty Entitlements Guaranteed to us, to defend and protect our property, interests and Sovereign rights by all means necessary, to determine and make decision according to Instructions and within authority granted to him, to make charge and accept charge against us, to assess and recommend appointments, to pay and to receive and to do all those things on our behalf and in our interest that we would do if present in our own person.

Confirming and Ratifying the Appointment and Commission of The Honorable Winston Shrout, I, the undersigned Chairman of the Office of International Treasury Control do herewith set my hand and seal in testament thereof on this 26th Day of May, 2010.

The Honorable Winston Shrout
Appointed and Commissioned By Sovereign Order



His Excellency, Prof. Dr. Ray C. Dam
Chairman & the Sole Arbiter of OITC.
International Treasury Controller 10-60847



### THE OFFICE OF INTERNATIONAL TREASURY CONTROL
His Excellency, Prof. Dr. Ray C. Dam, Treasury Controller.

# THE OFFICE OF INTERNATIONAL TREASURY CONTROL

Apostille and Affirmation of Authority.

**The Honorable Winston Shrout**

Notary Exequatur with Authority of Legate Adjudica.

**Historical Record :**

The Office of International Treasury Control (OITC) is the Sovereign and Judicial organization that in accordance with International Treaty executes the authority of the International Treasury Controller who exercises all legal Institutional Parent Registration Accounts of the Federal Reserve System / Bank for International Settlements. The International Treasury Controller, His Excellency, Prof. Dr. Ray C. Dam, is not just a person, but due to the institutional powers accorded him under the United Nations Charter, this authority forms an institution of Ownership and Sovereign Control.

Pursuant to International Treaty Agreements agreed and entered, the following being the rules for statement of the rules, with the funds and assets thereof held under his irrevocable and absolute dispositional control of His Excellency, Prof. Dr. Ray C. Dam as owner and Sole Arbiter of all assets held under the Institutional Parent Registration Accounts and all sub accounts thereof and linked thereto.

**RECORD:**

*Butler, Charles H., The Treaty Making Power of the Means, United States Senator Committees*); The Green Hilton Agreement (*Geneva 1963-1966 the Guarantee is Declared on by International Consent*); the Guarantee confirmed and established under Schweitzer Innsbruck Conference (*Innsbruck, Austria 1964, record: Democrat, Royden J, The Treaty Making Power in the Defense of the Senates part in Treaty Making and the Foreign Controller of Gold Act, (1972) in the Senate of the United States, Volume II, Chapter 7, International Panel (The Hague 1968) which transferred to the Trust and Foundation in its supervisory role and in protection of the free world.*) and subsequent revisions thereof governing the management and control of International Collateral Combined Accounts otherwise also known as the Global Debt Facility; The RCD Full Jacket (*record: Third Level and Five Level Rule in Senate Actions upon Treaties (1901-1989) American Banking and Bullion International Law 18 (1924); Amended Foreign Gold Act (1972, Washington D.C.*); Appointment and Empowered the Person (*January 20, 1995, The Congress assembled the Legislative Press in the Tripartite, Trilateral, Trillenium Pact, being the applicable Pact between World Governments (London, 1921).*

**INTERNATIONAL RECORD REFERENCE CODES.**

Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire
Governments Empowered the Person : ........International Control No. 10-60847
International Clearing Code : ..............................UNRCD-ID006197
UN/US Federal Service Record No. : ...............................0-99-2-33
Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984

**Legal Opinion (issued by Dr. Andreas Jawurek, Attorney at Law, holding the full record, Switzerland, 1998)**

His Excellency, Prof. Dr. Ray C. Dam, Sole Arbiter and Lawful Owner of all the assets held within Foundation Divine and the Heritage International Trust and their internal and ancillary Trusts, Foundations and Corporations, such Ownership granted to him by the International Community on January 20, 1995, His Excellency, Prof. Dr. Ray C. Dam holds the absolute right to determine and make ruling, such ruling to be enforced (if necessary) by the Justice Department of the United States of America; (*this right of Sovereign Control assures Sovereign defense of the United States Dollar, thus it is Guaranteed by the United States Congress, reaffirmed by the Senate of the United States and recorded within United States Presidential Office of Management and Budget, whereat, empowerment of his person and his full indemnified status is acknowledged under Great Seal No. 632259984 and further registered within the International Division of the Department of the Treasury of the United States of America, The Bank for International Settlements, Swiss National Bank and the Swiss Federal Finance Administration*), whereby his determination and ruling on all matters relating to the assets under his control is inviolate and may not be set aside, modified or denied by any Court or by any agreement or arrangement between other parties and or institutions, or by any other ruling not assented to by the International Community who empowered his person. Decisions and Determinations made by His Excellency. Prof. Dr. Ray C. Dam in respect of the Combined International Collateral Accounts of the Global Debt Facility, take precedence over all and or any laws, adjudications, legal rulings, or similar, determined by any Court of any Country, including the International Courts (World Courts).

**The Honorable Winston Shrout**

is herewith appointed, ratified and confirmed as Notary Exequator with the Power and Authority of Legate Adjudica vested in his person to execute, defend, protect and preserve the Authority and Lawful Rights of The International Treasury Controller as Chartered and Empowered by the International Community through the United Nations under that Sovereign Jurisdiction granted His Excellency, Prof. Dr. Ray C. Dam.