# ATTACHMENT B
## Affidavit of Obligation
## Commercial Lien

Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon
non domestic
wshrout@infowest.com
503-913-0704

*A Security (15 USC)*
*A USSEC Tracer Flag*
*Not a point of Law*

# Affidavit of Obligation
# Commercial Lien

(This is a verified plain statement of fact)
Serial Number: OITC 1002

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

<u>Guaranteed</u>—All men shall have a remedy by the due course of law. If a remedy does not exist, <u>or if the existing remedy has been subverted,</u> then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The <u>Legitimate Political Power</u> of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a

commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

<u>PUBLIC HAZARD BONDING OF CORPORATE AGENTS  All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance.  Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.</u>

<u>Parties:</u>

Winston Shrout/Lien Claimant as:

    THE OFFICE OF INTERNATIONAL TREASURY CONTROL
  A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
    United Nations Charter Control Number: 10-60847
   Immunity and Authority Guaranteed under Great Seal Number 632258894
     THE HONORABLE WINSTON SHROUT
       Notary Exequatur
     With Authority of Legate Adjudica
        -and-
     The Soekarno Trust (The Amanah)
  A sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
    United Nations Sovereign Identification Number : MISA 81704
    United Nations Reference : "Operation Heavy Freedom" (1948)
     LETTER OF APPOINTMENT AND COMMISSION
      We, the Sovereign Trust "The Amanah"
      Herewith Appoint and Commission
      The Honorable Winston Shrout
       Notary Exequatur
     With Authority of Legate Adjudica

<u>Excerpt of letter from Dr. Ray C. Dam, Chairman of the OITC to Eric Holder of the DOJ 2010:</u>

     **For Immediate Attention of the Attorney General**
      **Clearing Code UN RCD-ID006197**
      **INTERNATIONAL RECORD REFERENCE CODES.**
 Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire
 Governments Empowered the Person : ........International Control No. 10-60847
   International Clearing Code : ...........................UNRCD-ID006197
   UN/US Federal Service Record No. : ................................0-99-2-33
 Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984

To: U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

Attention : Mr. Eric Holder,
   Attorney General of the United States of America.

Dear Mr. Holder, Sir,

**Re: 1.   The Recovery Act and Ending Fraud committed by Banks against the American People and against The United States via Treasury Direct.**

**Re : 2.   Our Appointment of Notary Exequateur by way of Sovereign Authority.**

****************

**Our Corrective Remedy.**

In order to correct this situation and to defend the Sovereign rights of the Office of International Treasury Control, we have appointed as **Notary Exequateur, Mr. Winston Shrout**. As such, the **Honorable Winston Shrout** shall execute our Sovereign authority as offended Principal underwriter of the public debt created in the mortgage process. (*Copy of his apostilled authority is attached*)

We have already learned that banks will not fight and will make restitution to Treasury Direct when administratively confronted with their dishonesty and fraud against the People and Treasury Direct. Further, we also know that the **Internal Revenue Service will be able to remedy the deficiencies to the Federal Debt via a form 1099OID application** by our Notary Exequateur to the IRS. Banks know what they are doing is illegal, but they persist in this misbehavior as the stealing of federal monies has become a common, and therefore, standard practice that they have been getting away with.

In support of the purposes of the Recovery Act we ask you to support the actions to be taken by the **Honorable Winston Shrout** and the **Internal Revenue Service** who will execute corrective remedy. We further request that all US Marshal's be informed and assist where necessary in the execution of remedy.

****************

_____

Lien Debtor(s):

1. Billy J. Williams, dba Acting United States Attorney, US Department of Justice, DISTRICT OF OREGON

2. Stuart Wexler, dba Assistant United States Attorney, US Department of Justice

3. Ryan R. Raybould, dba Trial Attorney, US Department of Justice

4. CASEY HILL, dba Special Agent, Department of the Treasury, Internal Revenue Service

5. Magistrate Judge John V. Acosta, US DISTRICT COURT, Portland Division

6. Mary L. Moran, Clerk of the Court, US DISTRICT COURT, Portland Division

7. THE CORPORATION TRUST COMPANY, Registered Agent for NORTHERN TRUST CORPORATION

Other PARTIES/Lien Debtor(s):
JOHN DOES 1-10

**Notice: all Lien Debtors are jointly and severally.  Notice to agent is notice to principal, and notice to principal is notice to agent, i.e., notice to Stuart Wexler is notice to all agents and/or employees of US**

**Department of Justice, and notice to Casey Hill is notice to THE CORPORATION TRUST COMPANY the registered agent for NORTHERN TRUST COPORATION as owner of the Internal Revenue Service.**

NOTICE OF VIOLATION OF THE SOVEREIGN IMMUNITY OF THE HONORABLE WINSTON SHROUT
AN INTERNATIONALLY PROTECTED PERSON
AS NOTARY EXEQUATUR WITH AUTHORITY OF LEGATE ADJUDICA
OF THE OFFICE OF INTERNATIONAL TREASURY CONTROL
AND
AS NOTARY EXEQUATUR WITH AUTHORITY OF LEGATE ADJUDICA
OF THE SOEKARNO TRUST (THE AMANAH)

Facts:

1. Winston Shrout was given the appointment as "Notary Exequatur With Authority of Legate Adjudica" on May 26, 2010 by Dr. Ray C. Dam, Chairman of the Office of International Treasury Control.
   **INTERNATIONAL RECORD REFERENCE CODES.**
   **Ownership Rights Recorded : ......Legal Decadency to Heir RCD1088 Far East Entire**
   **Governments Empowered the Person : ........International Control No. 10-60847**
   **International Clearing Code : ............................UNRCD-ID006197**
   **UN/US Federal Service Record No. : ................................0-99-2-33**
   **Authority and Immunity Granted and Recorded: ...Great Seal No. 632259984**

2. Said Lien debtors by their actions are in violation of Authority and Immunity Granted and Recorded by the Great Seal No. 632259984 by the constant and/or present attack (USDC Case No. 3:15-cr-00438-JO and any and all ancillary cases, bonds, Miller Act bonds, any and all monies received by the Clerk of the Court through the US Treasury back office on the signature of a BAR attorney, and other yet undiscovered injuries) of the Honorable Winston Shrout.

3. Winston Shrout, the man, is not a US citizen, but his status is 'non-resident alien' as per the master file held by the Commissioner of the IR in Washington DC of the Bureau of Internal Revenue, Philippines.

Proof of the Facts:

Lien debtors are given three (3) days to provide proof positive that the facts in this matter are incorrect. Failure to provide proof positive to controvert these facts will constitute acquiescence and tacit procuration, creating an estoppel against any and all parties.

True Bill:

The value of the damages caused by the criminal injury to the Hon. Winston Shrout and the internationally guaranteed sovereign immunity is One Trillion dollars per Lien Debtor in any currency other than the Federal Reserve Note by said Lien Debtors, Jointly and Severally and is ledgered as follows: each Lien Debtor is assessed for his or her or its complicity in this violation in the amount of One Trillion dollars in any other currency than the Federal Reserve Note per Lien Debtor for a total of Seven-Trillion (7,000,000,000,000.00) in any currency other than FRNs.

Ledger

1,000,000,000,000.00 dollars in any currency other than Fed Res Note
           X 7
7,000,000,000,000.00 dollars in any currency other than Fed Res Note

Demand is now made for Lien Debtors jointly and severally to pay over to Lien Claimant the amount of Seven Trillion dollars (7,000,000,000,000.00) in functional currency other than the Federal Reserve Note.

Surety:

The surety for failure of Lien Debtors to settle this lien is, but not limited to: any and all bank accounts, any and all bonds and securities, any and all properties (such as but not limited to the US Federal Courthouse in Portland, Oregon, i.e., Mark O. Hatfield U.S. Courthouse), and any and all properties under control of the Lien Debtors. If the above mentioned assets are not sufficient to cure the True Bill, then the private possessions of Lien Debtors are to be seized to satisfy the True Bill. Excluded are any property needed for basic survival.

Opportunity to cure: Lien Debtors are given three (3) days to settle the True Bill upon receipt and to redress the injury to the international sovereign immunity of the Hon. Winston Shrout. **Failure to do so will be a cause for Hon. Winston Shrout to turn over this lien to the proper international authorities for execution and levy.**

**Judgment of the Honorable Winston Shrout, Notary Exequatur With Authority of Legate Adjudica in regards to the violation of international sovereign immunity is affirmed and fixed.**

Autograph and seal:

*Winston Shrout*

12/14/15