Hon. Winston Shrout
c/o PO Box 4043
Hillsboro, Oregon [97123]

FILED 3 FEB '16 8 52USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA [sic] | ) | Case No. 3:15-cr-00438-JO |
| | ) | |
| v. | ) | NOTICE OF ASSIGNMENT OF |
| | ) | REVERSIONARY INTEREST AND |
| WINSTON SHROUT | ) | STATUS |

By: Winston Shrout, as Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor/Beneficiary of WINSTON SHROUT 401643573

COMES NOW Winston Shrout, a Real Party in Interest, 3rd Party Interest Intervenor under Injury, Sole Shareholder in WINSTON SHROUT, Settlor and Beneficiary of WINSTON SHROUT 401643573, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of principles as stated in *Haines v.Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

## NOTICE OF ASSIGNMENT OF REVERIONARY INTEREST

## JUDICIAL NOTICE OF 12 USC 95 a (2)

The Court takes Judicial Notice of 12 USC 95 a (2), to wit:

12 USC 95 a (2)

Any payment, conveyance, transfer, **assignment**, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder **shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.**

On or about the month of May, 2015, Winston Shrout did make a full assignment of the WINSTON SHROUT CERTIFIED RECORD OF BIRTH File No. 116 1948 27491 to the Secretary c/o US Department of Treasury.

As of that event/date the Secretary holds all liabilities for WINSTON SHROUT 401643573.

See Exhibits A - E.

## NOTICE OF STATUS

Notice is hereby given of the status of and relation of Winston Shrout (an American national) to WINSTON SHROUT (the fiction).

On or about the month of April, 2015, evidence that Winston Shrout is not a "US citizen" was delivered to Mr. John Koskinen, the Commissioner of the Internal Revenue (Washington office) of the Bureau of Internal Revenue, Philippines for the purpose of updating the Master File in relation to the non-nexus of Winston Shrout to WINSTON SHROUT.

See Exhibits: F – K.

## NOTICE

**I, Winston Shrout, deny that I am a resident of Washington, D.C.**

**I, Winston Shrout, do not consent to the jurisdiction of the UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION.**

**I, Winston Shrout, do not consent to be taxed by the Internal Revenue Service, a company owned by Northern Trust Company, on any contract real or imagined.**

By: *Winston Shrout*                        2/3/16

Hon. Winston Shrout                      date

UN Charter Control Number 10-60847

Immunity and Authority Guaranteed under Great Seal No. 632258894

## PROOF OF MAILING AND CONTENTS MAILED

I, Winston Shrout, do state that on the date of 2/3/16 I caused a copy of the above to be mailed postage prepaid or hand delivered to the following:

Stuart A. Wexler

601 D Street NW

Room 7907

Washington, D.C. 20004

By: *Winston Shrout* 2/3/16