*Exhibit 4*

Winston Shrout
c/o 4230 NE Azalea Str.
Hillsboro, Oregon [97124]
Phone: 503-913-0704
Email: wshrout@infowest.com

Registered Mail # *RA 645109565US*

## ASSIGNMENT OF REVERIONARY INTEREST IN WINSTON SHROUT

## TO THE US DEPARTMENT OF TREASURY

May 25, 2014

Secretary
c/o United Stated Department of Treasury
1500 Pennsylvania Avenue NW
Washington DC 20220

Dear Mr. / Ms. Secretary

During my recent studies in history regarding the Civil War, the 14th Amendment to the US Constitution, Lieber Code, jurisdiction changes in 1871 and 1878 and the formulation of Washington, DC, and the separation of the cabinet position of the Department of Treasury into the US Department of Treasury/IMF, Trading With the Enemy Act and subsequent to WWII, it has become to my attention that I may be considered as an enemy to the state.

Therefore, to ensure that I not considered an enemy, and to honor the pledge of WINSTON SHROUT to the public trust, I am fully assigning the reversionary interest in WINSTON SHROUT to Secretary, c/o U.S. Department of the Treasury via UCC-3 full assignment as per 12 USC 95 a (a). This assignment includes, but is not limited to the following items of collateral (Accepted for Value, and Assigned for Settlement and Closure):

1. Certified Record of Birth, Commonwealth of Kentucky FILE NO. 116 1948 27491 for WINSTON SHROUT, dob APRIL 27, 1948

2. UNITED STATES MARINE CORPS DD 214   B34-P131

Winston Shrout relies on:

- The *Law of Nations,* Book 3, Article 15, paragraph 104-110 and 134-135;

- The United Nations Commission on Human Rights;

- the Geneva Convention IV, Article 5; and

- 12 USC 95(a) λ

*Exhibit A*

Winston Shrout also offers any assistance to the US Department of Treasury per the above noted humanitarian positions as I hold the following appointments and positions:

THE OFFICE OF INTERNATIONAL TREASURY CONTROL
A Sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Charter Control Number: 10-60847
Immunity and Authority Guaranteed under Great Seal Number 632258894
THE HONORABLE WINSTON SHROUT
Notary Exequatur
With Authority of Legate Adjudica

-and-

The Soekarno Trust (The Amanah)
A sovereign Jurisdiction with Charter Granted and Recorded by the United Nations
United Nations Sovereign Identification Number : MISA 81704
United Nations Reference : "Operation Heavy Freedom" (1948)
LETTER OF APPOINTMENT AND COMMISSION
We, the Sovereign Trust "The Amanah"
Herewith Appoint and Commission
The Honorable Winston Shrout
Notary Exequatur
With Authority of Legate Adjudica

Please refer to photocopies of said appointments.

Sincerely,

Winston Shrout

Winston Shrout

Exhibit B

# Certified Record of Birth
## Commonwealth of Kentucky
### Cabinet For Health Services

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

FILE NO. 116   1948   27491                    COUNTY OF BIRTH:   CLARK

CHILD'S NAME:   WINSTON   SHROUT

CHILD'S DATE OF BIRTH:   APRIL 27, 1948                          SEX:   MALE

MOTHER'S MAIDEN NAME:   MINNIE JANE GOLDEN
MOTHER'S AGE:   27

FATHER'S NAME:   WALTER SHROUT
FATHER'S AGE:   32

DATE FILED BY REGISTRAR:   05/04/1948

1609579

*Accepted for Value, Assign for settlement 401 disclose Exemption ID Exemption from Levy; Exemption ID # 401 643573 12 USC 95 a (2) Winston Shrout 5/25/14 Deposit to the US Treasury and Charge to WINSTON SHROUT 401 643573*

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

This record certifies that the above birth occurred on the date and place shown. The original certificate of birth is on file with the Cabinet for Health Services, Office of Vital Statistics, 275 East Main Street, Frankfort, Kentucky 40621-0001.

DATE ISSUED:   02/16/2006

State Registrar

*Assign to US Dept of Treasury For deposit to US Treasury For account WINSTON SHROUT 401643573 Winston Shrout without recourse*

*ExhibitC*

# Oregon
# Secretary of State
# Kate Brown

Print and Save Report
Create another filing?

New Filing

©2010, Oregon Secretary of State. All Rights Reserved.
136 State Capitol, Salem, OR 97310

# UCC-1
## STATE OF OREGON
Corporation Division – UCC
255 Capitol Street NE, Suite 151
Salem, Or 97310-1327
(503) 986-2200
FilingInOregon.com
Oregon Secretary of State
Filing Number: 90114619
Filing Date: May 25, 2014 10:35 AM
*Filed Electronically*
*Action:* Initial Filing

*Debtor -*
Organization Name: WINSTON SHROUT (TRUST)
Address 1: PO BOX 4043
City: HILLSBORO
State: OR, USA
Zip Code: 97123

*Secured Party -*
Organization Name: Winston Shrout
Address 1: c/o 4230 NE Azalea Str
City: Hillsboro
State: OR, USA
Zip Code: 97124-9998

*Collateral -*
Documents:
FILE NO. 116 1948 27491
DD 214 MC B34-P131
Oregon

*Exhibit D*

# Oregon
# Secretary of State
# Kate Brown

# UCC-3
## STATE OF OREGON
Corporation Division - UCC
255 Capitol Street NE, Suite 151
Salem, Or 97310-1327
(503) 986-2200
FilingInOregon.com
Oregon Secretary of State
Filing Number: 90114619-1
Filing Date: May 25, 2014 06:59 PM
Filed Electronically

*Action:* Amendment Collateral Assigned
*Collateral -*
This is a full assignment of the following documents:
FILE NO. 116 1948 27491 and
DD 214 MC B34-P131

*Action:* Assignment
*Secured Party -*
Organization Name: Secretary US Dept of Treasury
Address 1: 1500 Pennsylvania Ave NW
City: Washington
State: DC, USA
Zip Code: 20220

*Filer Authorization*
Winston Shrout (SP)
Oregon UCC, UCC-3, Filing Number 90114619-1 Page 1 of 1

Exhibit E

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☑ Addressee<br>B. Received by ( *Printed Name* ) C. Date of Delivery |

1. Article Addressed to:

Secretary
c/o US Dept of Treasury
1500 Pennsylvania Ave NW
Washington DC
        20220

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)   RA 645 109 565 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit F

15003426-1

# United States of America



## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Kentucky, and that such Seal(s) is/are entitled to full faith and credit.*

> *\*For the contents of the annexed document, the Department assumes no responsibility.*
> *This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-seventh day of October, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By

Assistant Authentication Officer, Department of State

Exhibit F



**Alison Lundergan Grimes**
SECRETARY OF STATE

For use in: Taiwan

## CERTIFICATE OF AUTHENTICATION

1. Country: United States of America

   This public document

2. has been signed by ____Paul F. Royce_____

3. acting in the capacity of _State Registrar_____

    _____Office of Vital Statistics_____

    _____Commonwealth of Kentucky_____

4. bears the seal/stamp of _Paul F. Royce_____

    _____State Registrar_____

    _____Commonwealth of Kentucky_____

**CERTIFIED**

5. at _Frankfort, Kentucky_____ 6. the __30th day of September, 2014_____

7. by ____Secretary of State, Commonwealth of Kentucky_____

8. No. ___77733.122792.46686.127485_____

9.

10. Signature:

Alison Lundergan Grimes
Secretary of State
Commonwealth of Kentucky

Exhibit F

# Registrar of Vital Statistics
# Certified Copy



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

4026691

VOID VOID VOID VOID

Form V. S. No. 3-4
FEDERAL SECURITY AGENCY
U.S. PUBLIC HEALTH SERVICE
NATIONAL OFFICE VITAL STATISTICS

**COMMONWEALTH OF KENTUCKY**
DEPARTMENT OF HEALTH
Bureau of Vital Statistics
**CERTIFICATE OF LIVE BIRTH**

State File No. 27491
Registrar's No. 171

Registration District No. 13 65 · Primary Registration District No. 2120

1. PLACE OF BIRTH
(a) County
(b) City or town
(c) Name of hospital or institution
(d) Mother's stay before delivery: In hospital or institution

2. USUAL RESIDENCE OF MOTHER
(a) State
(b) County
(c) City or town
(d) Street No. 1404 Bimbasin Ave
IF RURAL GIVE P. O. ADDRESS

3. FULL NAME OF CHILD   Winston Shreve   Weight 7 lbs. 12 oz.

4. Sex   M
5. Legitimate
6. Twin, triplet, or other
7. Number months of pregnancy
8. Date of birth   Apr 27 48

FATHER OF CHILD
9. Full name
10. Color or race   W
11. Age at time of this birth   yrs.
12. Birthplace
13. Usual occupation
14. Industry or business   U S P H Service

MOTHER OF CHILD
15. Full name
16. Color or race
17. Age at time of this birth   yrs.
18. Birthplace
19. Usual occupation
20. Industry or business

21. Children born to this mother
(a) How many other children of this mother are now living?
(b) How many other children were born alive but are now dead?
(c) How many children were born dead?

22. I hereby certify...
23. Date received by local registrar   5-19-48
24. May M. Dugli   Registrar's Own Signature

Attendant's own signature
Address
(M.D., Midwife, or other)

VOID VOID VOID VOID

THIS PAPER CONTAINS A GENUINE WATERMARK WHICH CAN BE VIEWED BY TRANSMITTED LIGHT.

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this _____ day of _____, 20__

Paul F. Royce
State Registrar

Exhibit G

## AFFIDAVIT OF OWNERSHIP

Washington county  )

)  affirmed

Oregon state  )

I, Winston Shrout, over the age of twenty-one (21) years, with firsthand knowledge and competent to testify, do state that the party named on attached birth certificate is the same party as one of the owners named in said certificate of title.

_Winston Shrout_ 4/3/15

Winston Shrout

c/o 4230 NE Azalea Str.

Hillsboro, Oregon [97124]

NOTARY

I, Kayla Christine Quinney , a notary public residing in Washington County, Oregon, do state that on the day of April 3, 2015 , a man, Winston Shrout, who upon proper identification, did affix his autograph to the above affidavit.

Kayla Christine Quinney  April/3/2015

OFFICIAL STAMP
KAYLA CHRISTINE QUINNEY
NOTARY PUBLIC - OREGON
COMMISSION NO. 927932
MY COMMISSION EXPIRES MAY 05, 2018

*Exhibit H*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ **WINSTON SHROUT**
**4230 NE AZALEA STREET**
**HILLSBORO, OREGON  97124**
                                                         ⌐

                                                              THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

**WINSTON SHROUT, ORGANIZATION-TRADE-NAME/TRADE-MARK, TRUST**

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4230 NE AZALEA STREET** | **HILLSBORO** | **OR** | **97124** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **Shrout** | **Winston** | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4230 NE Azalea Street** | **Hillsboro** | Oregon | **97124** | **uSA** |

4. This FINANCING STATEMENT covers the following collateral:

and fixtures[with or without]Timber and mineral ect. it includes appliances,stoves,ovens,carpet,lighting,insulation and
flooring ect. as follows. For this is an actual Constructive Notice that all of the Debtors interest now held or hereafter
required is hereby accepted Collateral for the Securing Contractual-Obligations in favor of the Secured-Party as detailed in
a True,correct,Complete Security-Agreement-Contract Presentment by the Debtor and is in possession of the Secured Party;
NOTICE in Accordance with various USC Sections Re;Property-this is an entry of the Debtor with the
"Commercial-Registry"and the Following-Property is hereby registered with the same Public-Notice of a
Commercial-Transaction ;See Attachments Exhibits A through C
ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE SECURED PARTY
Exhibit-A,Legal Description of Real Property page 1 of 1
Exhibit-B,Authenticated Document from Secretary of State # 15003426-1 pages 1 of 3
 Exhibit-C,Affidavit of Ownership page 1 of 1

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | 7. Check to REQUEST SEARCH REPORT(s) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

*Exhibit I*

**RECORDING REQUESTED BY AND MAIL TO:**
*(Name and mailing address, including city, state, and ZIP code, of requesting party)*

WINSTON SHROUT
4230 NE AZALEA STREET
HILLSBORO, OREGON  97124

Recorded in Official Records, County of San Bernardino



**BOB DUTTON**
ASSESSOR – RECORDER – CLERK

P Counter

4/17/2015
10:41 AM
DH
HES

Doc#:  **2015 – 0152688**

| | |
|---|---|
| Titles: 1 | Pages: 8 |
| Fees | 46.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $46.00 |

⌐ SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ⌐

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☒ OTHER *(specify):*  FIXTURE FILING

76aR855 **CI-229** (New 7-96)          **RECORDER'S COVER SHEET**          Govt. Code §27361.6

American LegalNet, Inc.
www.USCourtForms.com

*Exhibit J*

Commissioner John Koskinen or his assigns
c/o Internal Revenue
1111 Constitution Ave.
Washington, DC 20224-0002

Dear Commissioner,

Please take notice of the enclosed documents:  authentication of the long form Certificate of Live Birth for Winston Shrout, and recording of the same under an Affidavit of Ownership (counter deed).

Please enter this status change onto your Internal Revenue master file so that all of the US Government agencies can update their files.

Winston Shrout has perfected a security interest as per the revised Article 9 requirements.  This is an estoppel against any other claim by any other entity.

Winston Shrout is a private man, a non-resident alien, an American National.

Winston Shrout is not an enemy of the state as per Title 50 of the US Code, Trading with the Enemy Act, but is at peace with all men.

Thank you for your assistance in this matter.

Sincerely yours,


By: _____          _____
Winston Shrout, *sui juris*                                                          date


I, _____ , a notary public residing in _____ county, Oregon state, do state that on the above date, that a man who properly identified himself as Winston Shrout, did affix his autograph to the above writing.


_____
NOTARY PUBLIC

SEAL

Exhibit K

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Comm. Koskinen<br>c/o IR<br>1111 Constitution Ave<br>Wash, DC 20224-0002 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>Received by the<br>Commissioner Correspondence<br>Office<br><br>JUN 0 8 2015 |

9590 9401 0010 5071 9024 88

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☑ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ ail | |
| ☐ ail Restricted Delivery | |

2. Article Number *(Transfer from service label)*

7015 0640 0000 0188 4725

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt